03-cr-537

Dear,
    Chief Judge Raymond J. Dearie

On June 30th, 2011, the United States Sentencing Commission voted the Level 26 Crack amendment to the United States Sentencing Guidelines retroactive without restriction. The permanent amendment will go into effect and become retroactive on November 1st, 2011.

    I will like to know can, and will I be re-sentenced under the retroactive application of the United States Sentencing Commission's recent amendment to the crack cocaine sentencing guidelines.

Tiafolous Spencer  63191-053
Case # 1:03-cr-00537-RJD-6

Office of the Clerk
United Stateses District Court
For the Eastern District of N.Y
U.S. Courthouse
225 Cadmad Plaza, East
Brooklyn, New York 11201

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 03 2011 ★ BROOKLYN OFFICE